**Corinna Spencer-Scheurich**, OSB #130147
corinna@nwjp.org
**Northwest Workers' Justice Project**
310 SW 4th Avenue, Suite 320
Portland, OR 97204

**D. Michael Dale**, OSB #771507
michaeldale@dmichaeldale.net
**Law Office of D. Michael Dale**
P.O. Box 1032
Cornelius, OR 97113

**Daniel Werner**, *pro hac vice*
dwerner@radfordscott.com
**Radford Scott, LLP**
315 W. Ponce de Leon Ave, Suite 1080
Decatur, Georgia 30030

**Mayra A. Ledesma**, OSB #183942
mayra@pdw.legal
**J. Randy Pickett**, OSB #721974
randy@pdw.legal
**R. Brendan Dummigan**, OSB #932588
brendan@pdw.legal
**Kimberely O. Weingart**, OSB #091407
kimberely@pdw.legal
**Pickett Dummigan Weingart LLP**
210 SW Morrison Street, Fourth Floor
Portland, OR 97204

*Attorneys for Plaintiffs*

**Daniel J. Oates, P.C.**, OSB #131573
dan.oates@millernash.com
**MILLER NASH LLP**
605 Fifth Avenue South, Suite 900
Seattle, Washington 98104

**Michael R. Gray**, *pro hac vice*
Michael.Gray@lathropgpm.com
**Craig P. Miller**, *pro hac vice*
Craig.Miller@lathropgpm.com
**Frank J. Sciremammano**, *pro hac vice*
Frank.Sciremammano@lathropgpm.com
**LATHROP GPM LLP**
80 South Eighth Street
Minneapolis, MN 55402

*Attorneys for Third-Party Plaintiffs/Defendants*

///

Page 1 – JOINT PROPOSED CASE MANAGEMENT SCHEDULE

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **MAURA ESCOBAR**, *et al.*, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>**MARSDEN SERVICES, LLC**, *et al.*,<br><br>Defendants,<br><br>v.<br><br>**NATIONAL MAINTENANCE CONTRACTORS, LLC**, *et al.*,<br><br>Third-Party Plaintiffs and Defendants,<br><br>v.<br><br>**AJ CLEANING SERVICES LLC**, *et al.*,<br><br>Third-Party Defendants. | Case No.: 3:20-cv-01695-SB<br><br>**JOINT PROPOSED CASE MANAGEMENT SCHEDULE** |

Parties have conferred and propose the following case management schedule:

1. Fact Discovery deadline June 30, 2026;

2. Joint Alternative Dispute Resolution Report deadline August 11, 2026;

3. Expert Disclosures and Reports deadline August 11, 2026;

4. Rebuttal Expert Disclosures and Reports deadline September 8, 2026;

5. Expert Discovery deadline October 6, 2026; and

6. Dispositive Motions deadline November 10, 2026.

In addition, the Parties will meet and confer regarding deposition scheduling and availability no later than January 15, 2026, and reasonably necessary thereafter.

Plaintiffs and Defendants will make themselves reasonably available for deposition between March 1, 2026, and June 30, 2026. Reasonable availability includes offering at least three non-consecutive dates for an in-person deposition (weekdays, and no holidays) within that window, subject to professional obligations and scheduling conflicts, and participating in good faith efforts to resolve any disputes over timing. This obligation shall not apply to Defendant Guy Mingo unless or until the current dispute regarding his deposition is resolved.

The Parties shall endeavor to schedule Plaintiffs' depositions in their family groups so that the Parties can complete their depositions in succession as much as possible. The groups will include any Third-Party Defendants' 30(b)(6) designees as well.

Respectfully submitted this 30th day of October, 2026, by:

s/ Corinna Spencer-Scheurich
**Corinna Spencer-Scheurich**
OSB #130147
**Northwest Workers' Justice Project**
 corinna@nwjp.org
*Attorney for Plaintiffs*

s/ Frank J. Sciremammano
**Frank J. Sciremammano**, *pro hac vice*
**Lathrop GPM LLP**
Frank.Sciremammano@lathropgpm.com
*Attorney for Defendants*

Page 2 – JOINT PROPOSED CASE MANAGEMENT SCHEDULE

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **JOINT MOTION TO AMEND THE PRETRIAL SCHEDULING ORDER** via:

☒ Electronic Mail    ☐ Fax Service

☐ US Postal Service    ☐ Hand Delivery

☒ CM/ECF    ☐ UPS

On the following, on the date set forth below:

**Daniel J. Oates, P.C.**, OSB No. 131573
dan.oates@millernash.com
**MILLER NASH LLP**
605 Fifth Avenue South, Suite 900
Seattle, Washington 98104
Telephone: (206) 622-8484

**Michael R. Gray** (*pro hac vice*)
michael.gray@lathropgpm.com
**Craig P. Miller** (*pro hac vice*)
craig.miller@lathropgpm.com
**Frank J. Sciremammano** (*pro hac vice*)
frank.sciremammano@lathropgpm.com
**LATHROP GPM LLP**
500 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Phone: (612) 632-3078

*Attorneys for Defendants National Maintenance Contractors, LLC, NMC Franchising, LLC, Marsden Services, LLC, Gregg McDonald, Noe Valladares, Ryan Lee, Jesse Wilmore, Steven Watkins, and Guy Mingo*

**DATED** this 30th day of October, 2025.

By: s/ Corinna Spencer-Scheurich
**Corinna Spencer-Scheurich**
OSB #130147
corinna@nwjp.org
*of Attorneys for Plaintiffs*

Page 4 – JOINT PROPOSED CASE MANAGEMENT SCHEDULE